UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE O. MITCHELL,<br><br>                  Plaintiff,<br>   v.<br><br>KELLY CUNNINGHAM, DR. THOMAS BELL, RANDAL GRIFFITH, CRHISTEIN HAUETER, and PAUL TEMPOSKY,<br><br>                  Defendants. | No. C12-5403 BHS/KLS<br><br>ORDER GRANTING INFORMA PAUPERIS STATUS |

Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. ECF No. 1. Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at the Special Commitment Center in Steilacoom, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

The Clerk is directed to mail a copy of this Order to Plaintiff.

**DATED** this  16th  day of May, 2012.

                                        Karen L. Strombom
                                      United States Magistrate Judge

ORDER - 1