UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE O. MITCHELL,

    Plaintiff,

v.

STATE OF WASHINGTON, KELLY J CUNNINGHAM, THOMAS BELL, RANDALL GRIFFITH, CHRISTINE HAUETER,

    Defendants.

CASE NO. C12-5403 BHS-KLS

ORDER

Before the Court is Plaintiff's motion for clarification. ECF No. 8. Plaintiff seeks clarification of the date he must file his amended complaint. *Id.* Plaintiff was given a thirty day extension of time from his last deadline to file an amended complaint. ECF No. 7. Plaintiff filed his First Amended Complaint on August 23, 2012. ECF No. 9. Therefore, his motion for clarification is moot.

Plaintiff also filed a praecipe/request to attach his signature page (Page 13) to his first amended complaint. ECF No. 10. This request is granted.

Accordingly, it is **ORDERED:**

(1)    Plaintiff's motion for clarification (ECF No. 8) is **DENIED as moot.**

(2)    The Clerk is directed to attach Page 13 (Plaintiff's signature page) as the last page to the First Amended Complaint filed at ECF No. 9.

ORDER- 1

1  (3) The Clerk is directed to send a copy of this Order to Plaintiff.

2  Dated this 29th day of August, 2012.

*[signature]*

Karen L. Strombom
United States Magistrate Judge