1

2

3

4          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
5                       AT TACOMA

6
      GEORGE O. MITCHELL,

7                       Plaintiff,                    CASE NO. C12-5403 BHS-KLS

8            v.                                       ORDER

9
      STATE OF WASHINGTON, KELLY J
10    CUNNINGHAM, THOMAS BELL,
      RANDALL GRIFFITH, CHRISTINE
11    HAUETER,

12                      Defendants.

13          Before the Court is Plaintiff's motion for clarification.  ECF No. 8.  Plaintiff seeks

14   clarification of the date he must file his amended complaint.  *Id.*  Plaintiff was given a thirty day

15   extension of time from his last deadline to file an amended complaint.  ECF No. 7.  Plaintiff filed

16   his First Amended Complaint on August 23, 2012.  ECF No. 9.  Therefore, his motion for

17   clarification is moot.

18          Plaintiff also filed a praecipe/request to attach his signature page (Page 13) to his

19   first amended complaint.  ECF No. 10.  This request is granted.

20          Accordingly, it is **ORDERED:**

21          (1)     Plaintiff's motion for clarification (ECF No. 8) is **DENIED as moot.**

22          (2)     The Clerk is directed to attach Page 13 (Plaintiff's signature page) as the last page

23   to the First Amended Complaint filed at ECF No. 9.

24

ORDER- 1

1    (3)    The Clerk is directed to send a copy of this Order to Plaintiff.

2    Dated this 29th day of August, 2012.

3

4    Karen L. Strombom
     United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER- 2