UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE O. MITCHELL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF WASHINGTON, KELLY J CUNNINGHAM, THOMAS BELL, RANDALL GRIFFITH, CHRISTINE HAUETER,<br><br>　　　　　　Defendants. | No. C12-5403 BHS/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS |

Plaintiff requests a thirty day extension of time to respond to Defendant Christine Haueter's motion to dismiss. ECF No. 27. Defendant Haueter's motion to dismiss is presently noted for November 16, 2012. ECF No. 25. Defendant Haueter does not object to a thirty day extension. ECF No. 28.

Accordingly, it is **ORDERED:**

(1)　Plaintiff's motion (ECF No. 27) is **GRANTED.**

(2)　Plaintiff's response to Defendants' motion to dismiss shall be filed **on or before December 17, 2012.** Defendants reply is due **on or before December 21, 2012.** The Clerk is directed to **re-note** Defendants' motion to dismiss (ECF No. 25) for **December 21, 2012.**

//

//

//

ORDER - 1

(3)     The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  16th  day of November, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2