UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE O. MITCHELL,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF WASHINGTON, KELLY J. CUNINGHAM, THOMAS BELL, RANDALL GRIFFITH, CHRISTINE HAUETER,<br><br>　　　　　　　　Defendants. | No. C12-5403 BHS/KLS<br><br>ORDER DIRECTING SUBMISSION OF ADDRESS UNDER SEAL |

On August 27, 2012, the Court directed service of Plaintiff's First Amended Complaint. ECF No. 11. On September 5, 2012, the waiver of summons and complaint directed to Dr. Thomas Bell was returned unexecuted, marked "Return to Sender Not Here." ECF No. 13. On September 18, 2012, the Attorney General Office's filed an Answer to the Amended Complaint on behalf of Dr. Bell, and others, asserting invalid service of process and lack of personal jurisdiction. ECF No. 21.

If Defendants are in possession of the last known business or last known home address for Dr. Bell, they shall submit such information to the court **under seal** so that the Clerk may attempt to effect service. This solution alleviates two concerns involving prisoner litigation: (1) the security risks inherent in providing prisoners with addresses of people formerly employed by the state; and (2) the possibility of prisoners getting the "runaround" when they are attempting to access information through the government. See *Sellers v. United States*, 902 F.2d 598, 603 (7th Cir. 1990).

ORDER- 1

Accordingly, it is **ORDERED:**

(1)   If Defendants are in possession of the last known business or last known home address of Dr. Thomas Bell, they shall submit such address to the Court **under seal on or before March 22, 2013.**

(2)   The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 11th day of March, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER- 2