UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE O. MITCHELL,

    Plaintiff,

v.

STATE OF WASHINGTON, et al.,

    Defendants.

CASE NO. C12-5403 BHS-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 35), Plaintiff George Mitchell's motion to voluntarily dismiss Defendant Christine Haueter (Dkt. 40). The Court having considered the R&R, the motion, and the remaining record does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Plaintiff's claims against Christine Haueter are **DISMISSED**; and

(3)     The matter shall be rereferred for further proceedings.

Dated this 11th day of April, 2013.

BENJAMIN H. SETTLE
United States District Judge

ORDER