UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE O. MITCHELL,<br><br>                      Plaintiff,<br>    v.<br><br>STATE OF WASHINGTON, KELLY J. CUNINGHAM, THOMAS BELL, RANDALL GRIFFITH, CHRISTINE HAUETER,<br><br>                      Defendants. | No. C12-5403 BHS/KLS<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO MOTIONS |

Before the Court are Plaintiff's motion for the appointment of counsel (ECF No. 36) and Motion for Enlargement of Discovery or Stay (ECF No. 38). Plaintiff asks the Court for the appointment of counsel or alternatively, to stay his claims for approximately eight months until completion of his Hepatitis C treatment. Defendants are directed respond to these motions.

Accordingly, it is **ORDERED:**

(1) Defendants shall file a response to Plaintiff's motions (ECF Nos. 36 and 38) **on or before May 6, 2013.** Plaintiff may file a reply **on or before May 10, 2013.**

(2) The Clerk is directed to **strike** the noting dates of Plaintiff's motions (ECF Nos. 36 and 38) and **re-note** them for **May 10, 2013.**

ORDER- 1

(3) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 22nd day of April, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER- 2