UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE O. MITCHELL,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF WASHINGTON, et al.,<br><br>　　　　　　　Defendants. | No. C12-5403 BHS/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 65. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)　The R&R is **ADOPTED**; and

(2)　Defendant Randall Griffith's Motion for Summary Judgment (Dkt. 43) is **GRANTED** and Plaintiff's claims against Randall Griffith are **dismissed with prejudice**.

**DATED** this 1st day of July, 2013.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION