UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE O. MITCHELL,<br><br>                    Plaintiff,<br><br>  v.<br><br>STATE OF WASHINGTON, KELLY J. CUNNINGHAM, THOMAS BELL,<br><br>                    Defendants. | No. C12-5403 BHS/KLS<br><br>ORDER GRANTING MOTION TO WITHDRAW MOTION |

On July 29, 2013, Plaintiff filed a motion for an extension of time to complete depositions. ECF No. 68. On August 2, 2013, Plaintiff filed a motion requesting that the motion be withdrawn because the parties have resolved the issue. ECF No. 72.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion to withdraw (ECF No. 72) is **GRANTED;** the motion for extension of time (ECF No. 68) is **STRICKEN** from the Court's docket.

(2) The Clerk shall send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 14th day of August, 2013.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 1